IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF | ) | |
| v. | ) | Civil No. 18-5176 |
| $546,626.57 in United States Currency,<br>    DEFENDANT | ) | |

## DEFAULT JUDGMENT OF FORFEITURE

This matter comes before the Court on the Motion for Default Judgment of Forfeiture filed by the United States of America and, finding that the relief sought by such motion has merit and should be granted, the Court further finds and adjudicates as follows:

1. The Complaint for Forfeiture *in Rem* in this matter was filed on September 11, 2018, alleging that the Defendant Property should be forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) as property that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (wire fraud).

2. Monica Anne Moore, Happy Egg Co. and Woodland Partners, Inc., the only known potential claimants, were sent notice pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions by certified mail to their last known addresses (Docs. 6, 8 & 9).

3. Monica Anne Moore, Happy Egg Co., Woodland Partners, Inc., and all other persons or entities, known or unknown, claiming an interest in the defendant property, that the defendant property had been arrested, that this civil forfeiture action was pending, that they had at least 35 days from the date the notice was sent to file a verified claim and 21 days to file an answer

1

after filing the claim. Further, for guidance in the preparation of a claim and answer, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and warned that if this Rule was not followed a default judgment of forfeiture would be rendered.

4. Additionally, in an effort to notify all unknown claimants of these proceedings, notice of this civil forfeiture action against the defendant property was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on September 13, 2018, as evidenced by the Proof of Publication filed with this Court on October 15, 2018 (Doc. 7).

5. The United States of America took all reasonable measures to ensure that Monica Anne Moore, Happy Egg Co., Woodland Partners, Inc., and any other possible claimant received such notice in a timely fashion. To this date, however, no person or entity has filed a verified claim contesting the forfeiture. Therefore, all possible claimants have been noticed and have failed to appear or otherwise defend their interests and the United States of America is entitled to a judgment of forfeiture, all without the necessity of any further notice to any other person or entity.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

A. The United States of America is hereby given a judgment of forfeiture against the defendant property, $546,626.57 in United States Currency, and against the interest therein of Monica Anne Moore, Happy Egg Co., Woodland Partners, Inc., and any and all persons or entities having or claiming an interest in the defendant property;

B. Title to the defendant property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities, including Monica Anne Moore, Happy Egg Co., Woodland Partners, Inc., are hereby cancelled; and

C. The defendant property is referred to the custody of the United States Marshal Service for disposition in accordance with all laws and regulations.

IT IS SO ORDERED this 12th day of DECEMBER 2018.

/s/ P.K. Holmes, III
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE